ELLEN F. ROSENBLUM
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
ROLF C. MOAN
Senior Assistant Attorney General
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Appellee

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY EUGENE IVERSEN, | |
| Petitioner-Appellant, | U.S.C.A. No. 22-35076 |
| v. | |
| DAVE PEDRO, | MOTION FOR EXTENSION OF TIME |
| Respondent-Appellee. | |

Pursuant to Ninth Circuit Rule 31-2.2(b), appellee Dave Pedro moves for a 90-day extension of time in which to file the appellee's brief in this case. This brief is currently due April 10, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 - MOTION FOR EXTENSION OF TIME
    RCM:kw5\761283522

This motion is supported by the attached declaration of Rolf C. Moan.

Respectfully submitted,

ELLEN F. ROSENBLUM  #753239
Attorney General
BENJAMIN GUTMAN #160599
Solicitor General

/s/  Rolf C. Moan
_____
ROLF C. MOAN  #924077
Senior Assistant Attorney General
rolf.moan@doj.state.or.us

Attorneys for Respondent-Appellee
Dave Pedro

Page 2 - MOTION FOR EXTENSION OF TIME
RCM:kw5\761283522

Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-4402

ELLEN F. ROSENBLUM
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
ROLF C. MOAN
Senior Assistant Attorney General
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Appellee

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY EUGENE IVERSEN, | |
| Petitioner-Appellant, | U.S.C.A. No. 22-35076 |
| v. | |
| DAVE PEDRO, | DECLARATION OF ROLF C. MOAN |
| Respondent-Appellee. | |

1. I am an Assistant Attorney General for the State of Oregon and one of the attorneys representing the appellee Dave Pedro in this litigation.

2. The state's appellee's brief is due April 10, 2023. The state seeks a 90-day extension until July 9, 2023, in which to file its appellee's brief. This is the first request for a time extension.

3. I require 90 additional days to complete the appellee's brief because between now and June 30, 2023, I am responsible for filing the respondent's brief in the Oregon Court of Appeals in 11 different cases. In each of those cases, the appellant's opening brief was filed well before the

Page 1 - DECLARATION OF ROLF C. MOAN
    RCM:kw5\761283900

appellant's brief was filed in this case. The following list identifies the name of each of those cases, the Oregon Court of Appeals number associated with the case, and the due date for my respondent's brief:

> *Pruitt v. Miller*, A177918 (due March 23, 2023; motion for extension of time pending)
>
> *State of Oregon v. Sarles*, A177287 (due April 3, 2023)
>
> *State of Oregon v. Willis*, A177724 (due April 11, 2023)
>
> *State of Oregon v. Knowles*, A179041 (due April 12, 2023)
>
> *State of Oregon v. Wellington*, A177520 (due April 19, 2023)
>
> *State of Oregon v. H.N.*, A177779 (due April 20, 2023)
>
> *State v. Settlemier*, A177197 (due April 21, 2023)
>
> *Maher v. State of Oregon*, A176514 (due May 1, 2023)
>
> *State of Oregon v. Hill*, A177963 (due May 10, 2023)
>
> *State of Oregon v. Zybach*, A177139 (due May 17, 2023)
>
> *State of Oregon v. Schmidt*, A179247 (due June 30, 2023)

    4.    In addition, I am the assigned "editor" for an Assistant Attorney General in the Oregon Department of Justice Appellate Division who joined the division relatively recently. As a result, I have also been occupied by my editing duties with respect to a number of cases on her docket in which the opening brief was filed well before the appellant's brief was filed in this case, including *Dawson v. Board of Parole* (respondent's brief filed in the Oregon Court of Appeals on March 21, 2023); *State v. D.J.T.* (respondent's brief filed in the Oregon Court of Appeals on March 23, 2023); *State v. Rodriguez-Delao*

Page 2 - DECLARATION OF ROLF C. MOAN
      RCM:kw5\761283900

(respondent's brief due in the Oregon Court of Appeals on March 30, 2023); and *State v. Chapman* (respondent's brief due in the Oregon Court of Appeals on April 3, 2023).

5. Appellee's attorneys have exercised due diligence and I anticipate that appellee will file the appellee's brief within the time sought.

6. I have contacted Stephen Sady, attorney for appellant. He has no objection to this motion for an extension of time.

7. The court reporter is not in default as to any designated transcript.

/s/ Rolf C. Moan
ROLF C. MOAN #924077
Senior Assistant Attorney General
rolf.moan@doj.state.or.us

Attorney for Respondent-Appellee
Dave Pedro

Page 3 - DECLARATION OF ROLF C. MOAN
RCM:kw5\761283900

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I directed the Motion for Extension of Time to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Rolf C. Moan
_____
ROLF C. MOAN #924077
Senior Assistant Attorney General
rolf.moan@doj.state.or.us

Attorney for Respondent-Appellee
Dave Pedro

Page 3 - MOTION FOR EXTENSION OF TIME
  RCM:kw5\761283522

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402