

FILED

MAR 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY EUGENE IVERSEN, Petitioner-Appellant, v. DAVE PEDRO, Respondent-Appellee. | No. 22-35076 D.C. No. 2:20-cv-01524-AA District of Oregon, Pendleton ORDER |

Appellee's unopposed motion (Docket Entry No. 27) for an extension of time to file the answering brief is granted.

The answering brief is due July 10, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

3/20/2023/Pro Mo