UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 22-35076

**Case Name** | Terry Iversen v. Dave Pedro

**Requesting Party Name(s)** | Terry Iversen

**I am:** 
○ The party requesting the extension.
● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you **must** describe the document*)

The requested new due date is: Sep 29, 2023

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

This case involves an Eighth Amendment challenge to the Oregon statute and sentence that resulted in a life-without-parole sentence for misdemeanor conduct of public indecency with recidivist punishment. Amicus curiae supported the petitioner's opening brief. The State filed a response challenging all the positions asserting the sentence is unconstitutional. The requested time is needed to research, write, edit, and consult with others regarding the reply.

**Signature** | s/ Stephen R. Sady     **Date** | Jul 24, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**  1  *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

⦿ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [ ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

⦿ The defendant is incarcerated. The projected release date is: [life without pa].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ s/ Stephen R. Sady ]   **Date** [ Jul 24, 2023 ]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14   2   New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the `Reply` brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: `Jul 31, 2023`

3. The brief's first due date was: `same`

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Federal jurisprudence on state sentences and the limitations imposed by the cruel and unusual clause of the Eighth Amendment is complex and consequential. In order to fully litigate, with the other briefing obligations for other clients, the time is reasonably necessary for this first extension.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** `s/ Stephen R. Sady`   **Date** `Jul 24, 2023`
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                          3                          *New 12/01/2018*