UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TERRY EUGENE IVERSEN,

                Petitioner - Appellant,

   v.

DAVE PEDRO,

                Respondent - Appellee.

No. 22-35076

D.C. No. 2:20-cv-01524-AA
U.S. District of Oregon, Pendleton

**ORDER**

      Appellant's unopposed motion (Docket Entry No. 33) for an extension of time to file the reply brief is granted.

      The reply brief is due September 29, 2023.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                Ninth Circuit Rule 27-7