# FEDERAL PUBLIC DEFENDER
### DISTRICT OF OREGON

**MICHELLE SWEET**
First Assistant Defender

**FIDEL CASSINO-DUCLOUX**
Federal Public Defender

**STEPHEN R. SADY**
Chief Deputy Defender

**EUGENE BRANCH OFFICE**
Kurt Hermansen
Branch Manager
859 Willamette Street, Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975

101 SW Main Street, Suite 1700
Portland, OR 97204
503-326-2123 / Fax: 503-326-5524

**MEDFORD BRANCH OFFICE**
Brian Butler
Branch Manager
15 Newtown Street
Medford, OR 97501
541-776-3630
Fax: 541-776-3624

Stephen R. Sady
Chief Deputy Defender
steve_sady@fd.org
Reply to Portland

December 7, 2023

Molly Dwyer, Clerk
United States Court of Appeals
 for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:   *Terry Eugene Iversen v. Dave Pedro*
             No. 22-35076
             Submitted before Judges Nguyen, Miller, and Montalvo on December 7, 2023

Dear Ms. Dwyer:

      This letter is to correct the chart on page 7 of the Opening Brief regarding assault and eluding convictions in Washington County on May 19, 2004, which was incomplete. The Appellee correctly states that the record reflects a sentence of 145 months, which resulted from consecutive sentences. Response Br. at 17; PSR at 7. I apologize for the error.

                                  Yours truly,

                                   /s/ *Stephen R. Sady*

                                  Stephen R. Sady
                                  Chief Deputy Federal Public Defender